Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

**07 CV 11227**

Counsel for Plaintiff

**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK AND LONG
ISLAND

             Plaintiff,

             against

CIRCLE CARPENTRY, LLC, CIRCLE
INTERIOR DEMOLITION, INC., and
CARLO BORDONE, an individual.

             Defendants.
-------------------------------------------------------------X

Civil Action No.
05-CV-

Rule 7.1 Statement
ECF FILED DOCUMENT


RECEIVED DEC 13 2007 U.S.D.C. S.D.N.Y. CASHIERS

Mason Tenders District Council of Greater New York, hereby certifies that it has no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY

December 11, 2007

                                   Respectfully submitted,

By: _____
Haluk Savci (HS 0853)
Mason Tenders District Council
Of Greater New York
520 Eighth Avenue, Suite 650
New York, NY
(212) 452-9407