Form 19 - SECRETARY OF STATE - 306

MASON TENDERS DISTRICT COUNCIL
ATTN: LAUREN DEAN

| U.S. DISTRICT SOUTHERN COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

MASON TENDERS DISTRICT COUNCIL OF       plaintiff
GREATER NY AND LONG ISLAND
                    - against -

CIRCLE CARPENTRY, LLC. ETAL              defendant

Index No. **07 CV 11227**

Date Filed ............

Office No.

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.  That on the
   **1st    of February,  2008 at   08:50 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**
   **JUDGES RULES**
**UPON: CIRCLE INTERIOR DEMOLITION INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
   **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

   Deponent further describes the person actually served as follows:

   SEX: **FEMALE**         COLOR: **WHITE**         HAIR: **BLONDE**
   APP. AGE: **35**        APP. HT: **5:5**         APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
12th  DAY OF  February, 2008sr

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MTDC108822