Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9407

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK AND LONG
ISLAND

                Plaintiff,

            against

CIRCLE CARPENTRY, LLC, CIRCLE
INTERIOR DEMOLITION, INC., and
CARLO BORDONE, an individual.

                Defendants.
------------------------------------------------------------X

Civil Action No.
07 CV 11227

ECF FILED DOCUMENT

<u>Plaintiff's Stipulation of Dismissal Against Defendants Circle Carpentry, LLC
And Carlo Bordone, an individual</u>

PLEASE TAKE NOTICE that pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK AND LONG ISLAND, by its counsel Haluk Savci, Esq. hereby dismiss without prejudice its actions against defendants CIRCLE CARPENTRY, LLC and CARLO BORDONE, an individual, as a result of Plaintiff's inability to effectuate service of process upon either Defendant.

Dated: April 16, 2008
      New York, NY

_____
Haluk Savci, Esq.
Mason Tenders District Council
Of Greater NY
520 8th Avenue, Suite 650
New York, NY 10018
(212)452-9407

Attorney for the Plaintiff

So Ordered:
_RMB_____

_Richard M. Berman_