*Berman, J*

Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK AND LONG
ISLAND

                    Plaintiff,

                    against

CIRCLE CARPENTRY, LLC, CIRCLE
INTERIOR DEMOLITION, INC., and
CARLO BORDONE, an individual.

                    Defendants.
-------------------------------------------------------X

Civil Action No.
07-CV-11227  *RMB*

ECF FILED DOCUMENT

[Stamp: DATE FILED: 5/2/08]

## ORDER TO SHOW CAUSE

Upon the annexed Declaration of Haluk Savci, Esq. with exhibits, Clerk's Certificate of Default, Statement of Damages, proposed order, and upon all prior pleadings (also annexed) and proceedings; it is

ORDERED, that defendant CIRCLE INTERIOR DEMOLITION, INC. show cause before United States District Court Judge Richard M. Berman, at Courtroom **210** United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on **THURSDAY**,

MAY 15, 2008 at 10:00 A.M.

~~_____~~ thereof, ~~or as soon thereafter as counsel may be heard~~, why a default judgment should not be issued against defendant CIRCLE INTERIOR DEMOLITION, INC. pursuant to Rule 55 of the Federal Rules of Civil Procedure.

SERVICE OF THIS ORDER IS TO BE MADE UPON DEFENDANT CIRCLE INTERIOR DEMOLITION, INC. BY NOON ON WEDNESDAY, MAY 7, 2008

Dated: New York, NY
Issued: 5/2/08  M
1:30 P.M.

_Richard M. Berman_
United States District Judge
RICHARD M. BERMAN