Form 19 - SECRETARY OF STATE - 306

**MASON TENDERS DISTRICT COUNCIL**
**ATTN: LAREN DEAN**

| U.S. SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

MASON TENDERS DISTRICT COUNCIL OF   plaintiff
GREATER NEW YORK AND LONG ISLAND
                - against -

CIRCLE CARPENTRY, LLC ET AL        defendant

Index No. 07CV11227RMB
Date Filed .............
Office No.
Court Date: 05/15/2008

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**DANIEL MILLER** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the
**7th of May, 2008 at 09:55 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**ORDER TO SHOW CAUSE**
**WITH SUPPORTING DOCUMENTS**
UPON: **CIRCLE INTERIOR DEMOLITION, INC**
the **DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLONDE** |
| APP. AGE: 35 | APP. HT: 5:5 | APP. WT: 130 |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
7th DAY OF May, 2008kw

KENNETH WISSNER
Notary Public, State of New York
No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

DANIEL MILLER
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9MTDC126261

Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK AND LONG
ISLAND

                       Plaintiff,

                       against

CIRCLE CARPENTRY, LLC, CIRCLE
INTERIOR DEMOLITION, INC., and
CARLO BORDONE, an individual.

                       Defendants.
-------------------------------------------------------------X

Civil Action No.
07-CV-11227 (RMB)

ECF FILED DOCUMENT

## CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 13, 2007 with the filing of a summons and complaint. On February 1, 2008, a copy of the summons and complaint, along with Rule 7.1 Statement and Judge Berman's Rules were served on defendant CIRCLE INTERIOR DEMOLITION, INC. by delivery to Donna Christie agent for the Secretary of State of the State of New York. Proof of Service was filed with the Court on March 17, 2008.

I further certify that the docket entries indicate that the defendant CIRCLE INTERIOR DEMOLITION, INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted

Dated: New York, NY
5/2/08

J. MICHAEL MCMAHON
Clerk of the Court

By: _____