Tamir W. Rosenblum (TR 0895)
Haluk Savci (HS 0853)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK AND LONG
ISLAND

                                                    Civil Action  No.
                                                    07-CV-11227

                              Plaintiff,

                              against                ECF FILED DOCUMENT


CIRCLE CARPENTRY, LLC, CIRCLE
INTERIOR DEMOLITION, INC., and
CARLO BORDONE, an individual.


                              Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/04

## ORDER

This action having been commenced on December 13, 2007 by the filing of a Summons

and Complaint; and a copy of the Summons and Complaint having been  served on the defendant,

CIRCLE INTERIOR DEMOLITION, INC., by service on the New York Secretary of State on

February 1, 2008; and the defendant, CIRCLE INTERIOR DEMOLITION, INC., not having

answered the Complaint; and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED: that the Plaintiff have judgment against defendant

CIRCLE INTERIOR DEMOLITION, INC. in the liquidated amount of $736,570.28, plus ongoing ~~an amount to be determined by the Magistrate~~

~~statutory interest from the date of Award to the present day , and it is further ORDERED,~~ Judge (K•+z)

~~ADJUDGED AND DECREED that the December 16, 2006 Opinion and Award of Arbitrator~~ upon request.

~~Joseph Harris is confirmed in all respects with respect to Defendant CIRCLE INTERIOR~~

~~DEMOLITION, INC.~~

RMB
—————————————
U.S.D.J.  5/15/08